# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRANCISCO ROZO and AMANDA ANDRADE-ROZO,**

    **Plaintiffs,**

v.

Case No: 6:17-cv-1571-Orl-31DCI

**WALMART INC., WALMART STORES INC, WALMART STORES EAST, INC., WALMART STORES EAST I, L.P., WALMART ASSOCIATES, INC., WALMART STORE NUMBER 1086, JOHN DOES 1-5 and MARY DOE 1-5 AND/OR DOE CORPORATION 1-5,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Complaint (Doc. 11) filed in state court February 1, 2017, and removed to this court March 9, 2017 (Doc. 1).

On October 2, 2017, the United States Magistrate Judge issued a report (Doc. 21) recommending that this case be remanded to state court. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **REMANDED** to the Superior Court of New Jersey.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 17, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party